UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIERRA CHERRELLE HUNTER,

                                                CASE NO.:   8:17-CV-00151-EAK-MAP

    Plaintiff,

v.

WHYNOT LEASING, LLC, d/b/a
WHYNOTLEASEIT,

    Defendant.
_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Sierra Cherrelle Hunter, and Defendant, WhyNot Leasing, LLC, d/b/a WhyNotLeaseIt, by and through undersigned counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case with prejudice.

[Signatures are on the next page]

Dated: June 26, 2017

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC**<br>612 W. Bay Street<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax: (813) 336-0832 | **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>Suntrust Financial Centre<br>401 E. Jackson Street, Suite 2200<br>P.O. Box 3299<br>Tampa, FL 33601<br>Phone: (813) 223-4800<br>Fax: (813) 222-5089 |
| /s/ Pamela N. Westfall<br>**BRIAN L. SHRADER, ESQ.**<br>Florida Bar No. 57251<br>e-mail: bshrader@centroneshrader.com<br>**GUS M. CENTRONE, ESQ.**<br>Florida Bar No. 30151<br>e-mail: gcentrone@centroneshrader.com<br>**PAMELA N. WESTFALL, ESQ.**<br>Florida Bar No. 106230<br>e-mail: pwestfall@centroneshrader.com<br>**Attorneys for Plaintiff** | /s/ Darrin J. Quam<br>**DARRIN J. QUAM, ESQ.**<br>Florida Bar No. 995551<br>e-mail: dquam@sternsweaver.com<br>**Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June __26__, 2017, a true and correct copy of the forgoing was filed with the Clerk of Court for the Middle District of Florida through the CM/ECF system that will give notice to all parties of record.

/s/ Pamela N. Westfall
Attorney
